**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CHANGJI ESQUEL TEXTILE CO. LTD., *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civ. Action No.1:21-cv-01798-RBW |
| | : | |
| GINA M. RAIMONDO, SECRETARY OF COMMERCE, *et al.*, | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF MARJORIE YANG**

In response to the Court's Minute Order of July 21, 2021, Plaintiffs move for leave to file the attached Supplemental Declaration of Marjorie Chang, Chairman and CEO of the Esquel group of companies, to address the prejudice Plaintiffs will suffer if the Court's decision on their Motion for Preliminary Injunction is delayed as a result of an extension of the schedule regarding that Motion.

Plaintiffs respectfully submit that this motion is supported by good cause as follows:

1.      On July 19, 2021, Plaintiffs moved for a preliminary injunction.  ECF No. 9.

2.      On July 20, 2021, "[t]o ensure the expeditious resolution of the Plaintiffs' Motion for Preliminary Injunction," this Court issued a Minute Order directing Defendants to respond to the Motion by August 3, 2021 at 12:00 p.m. and Plaintiffs to file any reply by August 4, 2021 at 5:00 p.m.  The Court scheduled a motion hearing for August 6, 2021 at 12:00p.m.

3.      Subsequently on July 20, 2021, Defendants moved to vacate the schedule set by the Court or, in the alternative, to extend the deadline for their response brief to August 16, 2021.  ECF No. 12.  Plaintiffs opposed that motion.  ECF No. 14.

4.    On July 21, 2021, the Court issued a Minute Order setting a status conference on July 23, 2021 at 2:30 p.m. to obtain additional information regarding Defendants' motion to vacate. The Minute Order directed the parties to be "prepared to address, inter alia, the prejudices that the plaintiffs contend will be suffered should the Court extend the schedule regarding the Plaintiffs' Motion for Preliminary Injunction."

5.    Esquel's Chairman and CEO is knowledgeable about the specific prejudice to Plaintiffs if the Court's decision on their Motion for Preliminary Injunction is delayed as a result an extension of the existing schedule.  She has described that prejudice in the attached declaration.

6.    In accordance with LcvR 7.1(m), counsel for Plaintiffs conferred with counsel for Defendants regarding this motion.  Defendants take no position at this time and reserve their right to respond and to subsequently oppose.

7.    A proposed order is attached.

Respectfully submitted,

Dated:  July 23, 2021

/s/ James E. Tysse
James E. Tysse
  D.C. Bar No. 978722
Caroline Wolverton
  D.C. Bar No. 496433
Margaret O. Rusconi (*admission pending*)
  D.C. Bar No. 1719371

Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
jtysse@akingump.com

*Counsel to Plaintiffs Changji Esquel Textile Co. Ltd.,*
*Esquel Enterprises Limited, and Esquel Apparel Inc.*