**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHANGJI ESQUEL TEXTILE CO. LTD., *et al.*, | : |
| | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civ. Action No.1:21-cv-01798-RBW |
| | : |
| GINA M. RAIMONDO, SECRETARY OF COMMERCE, *et al.*, | : |
| Defendants. | : |

**PROPOSED ORDER**

This matter is before the Court on Plaintiffs' Motion for Leave to File Supplemental

Declaration of Marjorie Yang.  Upon consideration of the Motion and record thereon, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Declaration of Marjorie Yang shall be FILED on the docket of this

action.

Dated:  July___, 2021

_____
HONORABLE REGGIE B. WALTON
United States District Judge