IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Changji Esquel Textile Co. Ltd., *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>Gina M. Raimondo, *et al.*,<br><br>        Defendants. | Civil Action No. 1:21-cv-1798 (RBW) |

**JOINT MOTION TO VACATE HEARING DATE AND EXTEND DEFENDANTS'
DEADLINE TO OPPOSE PRELIMINARY INJUNCTION BY 30 DAYS**

On July 20, 2021, this Court issued a minute order setting a schedule on the plaintiffs' motion for a preliminary injunction, under which the defendants would be required to respond to the motion by 12:00 PM on August 3, 2021, the plaintiffs would file any reply by 5:00 PM on August 4, 2021, and the Court would hold a telephonic hearing at 12:00 PM on August 6, 2021. *See* Minute Order (July 20, 2021).

On July 20, 2021, the defendants moved to vacate that schedule or, in the alternative, extend their deadline to oppose the preliminary injunction. *See* ECF No. 12. In their motion, the defendants explained that the plaintiffs had submitted a request to be removed from the Entity List to the End-User Review Committee, an inter-agency committee charged with making decisions regarding additions to, removals from, or other modifications to the Entity List. The defendants further explained that they had notified the plaintiffs that the Committee would reach a decision on the plaintiffs' request for removal no later than August 1, 2021. After a teleconference on July 23, 2021, the Court denied the defendants' motion. *See* Minute Order of July 23, 2021.

1

On July 31, 2021, the Committee reached a decision on the plaintiffs' request for removal from the Entity List. The Committee decided to remove Changji Esquel Textile Co.'s from the Entity List subject to certain conditions. The parties are currently engaging in further discussions regarding those conditions. In light of those discussions, the parties respectfully request that the Court vacate the hearing date set for August 6, 2021 at 12:00 PM, and extend the defendants' deadline to oppose the plaintiffs' motion for a preliminary injunction by 30 days, until September 2, 2021. Although the defendants are prepared to submit their opposition to the preliminary injunction should the instant motion be denied, the parties submit that their further discussions may render the defendants' opposition, and the plaintiffs' underlying motion for a preliminary injunction, unnecessary. Aside from the deadlines set forth in the Court's July 20, 2021 minute order, no other previously scheduled deadline will be impacted by this motion.

Accordingly, the parties respectfully request that the hearing date set for August 6, 2021 be vacated and that the defendants' deadline to oppose the plaintiffs' motion for a preliminary injunction be extended by 30 days, until September 2, 2021. The parties also respectfully request expedited consideration of this motion.

Dated: August 3, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ *Matthew Skurnik*
MATTHEW SKURNIK, NY Bar No. 5553896
ALEXIS J. ECHOLS
KEVIN SNELL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

Washington, D.C. 20005
(202) 616-8188
Matthew.skurnik@usdoj.gov

*Counsel for Defendants*

James E. Tysse
  D.C. Bar No. 978722
Caroline L. Wolverton
  D.C. Bar No. 496433
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
jtysse@akingump.com

*Counsel to Plaintiffs Changji Esquel Textile Co. Ltd., Esquel Enterprises Limited, and Esquel Apparel Inc.*