UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHANGJI ESQUEL TEXTILE CO. LTD., et al., | ) ) ) ) |
| Plaintiffs, | ) ) Civil Action No. 21-1798 (RBW) |
| v. | ) ) |
| GINA M. RAIMONDO, et al. | ) ) |
| Defendants. | ) ) ) ) |

### ORDER

In accordance with the oral rulings issued by the Court at the motion hearing held on September 3, 2021, and upon consideration of the plaintiffs' Consent Motion for Extension of Time to File a Reply in Support of Preliminary Injunction and the defendants' Consent Motion for Leave to File Under Seal, it is hereby

**ORDERED** that the Plaintiffs' Unopposed Motion to Re-Set Hearing on Preliminary Injunction Motion Within 21 Days, ECF No. 18, is **GRANTED**. It is further

**ORDERED** that the parties shall appear before the Court for a motion hearing on September 24, 2021, at 11:00 a.m. The parties shall appear via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that the plaintiffs' Consent Motion for Extension of Time to File a Reply in Support of Preliminary Injunction, ECF No. 23, is **GRANTED**. It is further

**ORDERED** that, on or before September 13, 2021, the plaintiffs shall file their reply in support of their motion for a preliminary injunction. It is further

2

**ORDERED** that the defendants' Consent Motion for Leave to File Under Seal, ECF No. 22, is **GRANTED**. It is further

**ORDERED** that the Defendants' Statement of Points and Authorities in Opposition to Plaintiffs' Motion for a Preliminary Injunction and its accompanying attachments, ECF Nos. 22-2, 22-3, and 22-4, are **ACCEPTED AS FILED,** and the Clerk of the Court shall file them as a separate entry on the docket under seal. It is further

**ORDERED** that, on or before September 9, 2021, the defendants shall file a proposed redacted version of their opposition to the plaintiffs' motion for a preliminary injunction on the public docket.

**SO ORDERED** this 7th day of September, 2021.

REGGIE B. WALTON  
United States District Judge