# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHANGJI ESQUEL TEXTILE CO. LTD., et al., | ) ) ) |
| Plaintiffs, | ) )  Civil Action No. 21-1798 (RBW) |
| v. | ) ) |
| GINA M. RAIMONDO, et al., | ) ) |
| Defendants. | ) ) ) |

## ORDER

Upon consideration of the Plaintiffs' Motion for Preliminary Injunction, the parties' briefing, and the oral arguments presented to the Court at the motion hearing held on September 24, 2021, via teleconference, the Court concludes that it must deny the plaintiffs' motion.[1]  Specifically, the Court concludes that the plaintiffs cannot establish a likelihood of success on the merits sufficient to establish their entitlement to preliminary injunctive relief because the plaintiffs have not shown that the defendants acted <u>ultra vires</u> and in excess of their statutory or regulatory authority.  Accordingly, it is hereby

**ORDERED** that the Plaintiffs' Motion for Preliminary Injunction, ECF No. 9, is **DENIED**.

**SO ORDERED** this 6th day of October, 2021.

REGGIE B. WALTON
United States District Judge

---

[1] The Court is issuing this Order so that the parties are promptly informed of the Court's decision, and, absent extraordinary circumstances, will release a Memorandum Opinion that explains the Court's rationale in full within the next thirty days.