UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHANGJI ESQUEL TEXTILE CO. LTD., *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Civ. Action No. 1:21-cv-01798-RBW |
| GINA M. RAIMONDO, SECRETARY OF COMMERCE, *et al.*, | : | |
| Defendants. | : | |

## JOINT STATUS REPORT

Plaintiffs and Defendants respectfully submit this joint status report in compliance with the Court's September 13, 2021 Minute Order, which directed that, "no later than fourteen days after the Court resolves the plaintiffs' motion for a preliminary injunction, the parties shall file a joint status report advising the Court on how they wish to proceed in this case."

1. Plaintiffs filed this lawsuit on July 6, 2021, challenging the End-User Review Committee's decision to add Changji Esquel Textile Co. Ltd. to the Entity List.

2. On July 19, 2021, Plaintiffs filed an amended complaint as well as a motion for a preliminary injunction. ECF Nos. 8, 9.

3. Defendants' deadline to answer or otherwise respond to Plaintiffs' amended complaint was September 7, 2021. On September 9, 2021, Defendants moved *nunc pro tunc* for the Court to vacate their deadline to answer or otherwise respond to the amended complaint, and to instead require that the parties file a joint status report no later than 14 days after the Court's resolution of Plaintiffs' motion for a preliminary injunction. ECF No. 29. The Court granted Defendants' *nunc pro tunc* motion. *See* Sept. 13, 2021 Minute Order.

1

4. Following a hearing on Plaintiffs' motion for a preliminary injunction, the Court denied that motion on October 6, 2021. ECF No. 34. In its Order denying the motion, the Court noted that it "issu[ed] this Order so that the parties are promptly informed of the Court's decision, and, absent extraordinary circumstances, will release a Memorandum Opinion that explains the Court's rationale in full within the next thirty days." *Id.*

5. Plaintiffs filed a notice of appeal on October 8, 2021. The appeal was docketed in the D.C. Circuit on October 12, 2021. *See Changji Esquel Textile Co Ltd v. Raimondo*, No. 21-5219 (D.C. Cir.). No briefing schedule has been set as of the time of this filing.

6. The parties respectfully request that they be permitted to file a joint status report advising the Court on how they wish to proceed in this case within fourteen days after the Court issues its forthcoming Memorandum Opinion. Doing so will allow the parties to better assess the impact of that ruling on this litigation, including the impact on further proceedings in this Court.

7. A proposed order is attached.

| Dated:  October 20, 2021 | Respectfully submitted, |
|---|---|
| Brian M. Boynton<br>Acting Assistant Attorney General | */s/ James E. Tysse*<br>James E. Tysse<br>  D.C. Bar No. 978722 |
| Diane Kelleher<br>Assistant Branch Director | Caroline L. Wolverton<br>  D.C. Bar No. 496433<br>Lide E. Paterno |
| */s/ Kevin Snell*<br>Kevin Snell<br>Matthew Skurnik<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20005<br>(202) 305-0924<br>kevin.snell@usdoj.gov | D.C. Bar No. 166601<br>Akin Gump Strauss Hauer & Feld LLP<br>2001 K Street N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 887-4000<br>jtysse@akingump.com<br><br>*Counsel for Plaintiffs Changji Esquel Textile Co. Ltd., Esquel Enterprises Limited, and Esquel Apparel Inc.* |
| *Counsel for Defendants* | |