UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANGJI ESQUEL TEXTILE CO. LTD., *et al.*, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    Civ. Action No. 1:21-cv-01798-RBW <br> : |
| GINA M. RAIMONDO, SECRETARY OF COMMERCE, *et al.*, | : <br> : <br> : |
| Defendants. | : <br> : |

## JOINT STATUS REPORT

Plaintiffs and Defendants respectfully submit this joint status report pursuant to the Court's October 25, 2021 Minute Order, which directed that, "no later than fourteen days after the Court enters its Memorandum Opinion concerning the denial of the plaintiffs motion for a preliminary injunction, the parties shall file a joint status report advising the Court on how they wish to proceed in this case."

1. Plaintiffs filed this lawsuit on July 6, 2021, challenging the End-User Review Committee's decision to add Changji Esquel Textile Co. Ltd. to the Entity List.

2. On July 19, 2021, Plaintiffs filed a motion for a preliminary injunction. ECF Nos. 8, 9.

3. On September 13, 2021, this Court vacated the deadline for Defendants to answer or otherwise respond to Plaintiffs' amended complaint and further ordered the parties to file a joint status report no later than fourteen days after the Court's resolution of Plaintiffs' motion for a preliminary injunction. *See* Sept. 13, 2021 Minute Order.

1

4. Following a hearing on Plaintiffs' motion for a preliminary injunction, the Court denied that motion on October 6, 2021. ECF No. 34. In its Order denying the motion, the Court noted that it "issu[ed] this Order so that the parties are promptly informed of the Court's decision, and, absent extraordinary circumstances, will release a Memorandum Opinion that explains the Court's rationale in full within the next thirty days." *Id.*

5. Plaintiffs filed a notice of appeal on October 8, 2021. The appeal was docketed in the U.S. Court of Appeals for the D.C. Circuit on October 12, 2021. *See Changji Esquel Textile Co Ltd v. Raimondo*, No. 21-5219 (D.C. Cir.).

6. On October 20, 2021, the parties filed a joint status report pursuant to this Court's September 13, 2021 Minute Order. In that report, the parties requested that they file a joint status report advising the Court on how they wish to proceed in this case within fourteen days after the Court issued its forthcoming Memorandum Opinion. The Court granted the parties' request. *See* October 25, 2021 Minute Order.

7. On November 4, 2021, the Court issued a Memorandum Opinion explaining its rationale for denying Plaintiffs' motion for a preliminary injunction.

8. Since the Court issued its Memorandum Opinion, the parties met and conferred and agree that district court proceedings should be stayed during the pendency of the appeal in *Changji Esquel Textile Co Ltd v. Raimondo*, No. 21-5219 (D.C. Cir.). The D.C. Circuit's decision in that appeal may provide the parties and this Court guidance for further proceedings, and staying proceedings in this Court during the pendency of that appeal conserves the parties' and this Court's resources. The parties propose that they file a joint status report with this court no later than fourteen days after the D.C. Circuit's mandate issues for the appeal.

9. A proposed order is attached.

Dated:  November 18, 2021

Brian M. Boynton
Acting Assistant Attorney General

Diane Kelleher
Assistant Branch Director

*/s/ Kevin Snell*
Kevin Snell
Matthew Skurnik
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-0924
kevin.snell@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

*/s/ James E. Tysse*
James E. Tysse
  D.C. Bar No. 978722
Caroline L. Wolverton
  D.C. Bar No. 496433
Lide E. Paterno
  D.C. Bar No. 166601
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
jtysse@akingump.com

*Counsel for Plaintiffs Changji Esquel Textile Co. Ltd., Esquel Enterprises Limited, and Esquel Apparel Inc.*