UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANGJI ESQUEL TEXTILE CO. LTD., *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 1:21-cv-01798-RBW |
| GINA M. RAIMONDO, SECRETARY OF COMMERCE, *et al.*, | : |
| Defendants. | : |

## JOINT STATUS REPORT

Plaintiffs and Defendants respectfully submit this joint status report in compliance with the Court's December 19, 2022 Order, which directed that, "on or before March 15, 2023, the parties shall file a joint status report regarding how they wish to proceed." Minute Order (Dec. 19, 2022).

1. Plaintiffs filed this lawsuit on July 6, 2021, challenging the End-User Review Committee's decision to add Changji Esquel Textile Co. Ltd. to the Entity List.

2. On July 19, 2021, Plaintiffs filed an amended complaint as well as a motion for a preliminary injunction. ECF Nos. 8, 9. On October 6, 2021, the Court denied the motion. ECF No. 34.

3. On October 8, 2021, Plaintiffs appealed the denial of their motion for a preliminary injunction. ECF No. 36; *see Changji Esquel Textile Co. Ltd. v. Raimondo*, No. 21-5219 (D.C. Cir.).

4. On November 18, 2021, the Court vacated all applicable case deadlines and further ordered that, "within fourteen days of the resolution of the plaintiffs' appeal, the parties shall

1

submit another joint status report advising the Court on how they wish to proceed in this case." Minute Order (Nov. 18, 2021).

5. On July 19, 2022, the D.C. Circuit affirmed the denial of Plaintiffs' motion for a preliminary injunction. *See Changji Esquel Textile Co. Ltd. v. Raimondo*, 40 F.4th 716 (D.C. Cir. 2022). The D.C. Circuit's mandate issued on September 12, 2022. ECF No. 44. The following day, this Court scheduled a status conference by telephone on September 28, 2022. Minute Order (Sept. 13, 2022).

6. On September 16, 2022, the parties filed a joint status report notifying the Court that in light of the End-User Review Committee's July 31, 2021 decision to remove Changji Esquel Textile Co. Ltd. from the Entity List subject to certain conditions, *see* ECF No. 17, the parties were engaging in further discussions regarding those conditions. The parties requested that the Court continue to stay this litigation pending those discussions and proposed that the parties be required to file a joint status report at regular intervals until the parties have resolved their dispute or seek to resume active litigation.

7. On September 20, 2022, the Court issued an order vacating the status conference that had been scheduled for September 28, 2022, and directing that, on or before December 15, 2022, "the parties shall file a joint status report regarding how they wish to proceed in this case." ECF No. 46.

8. On December 15, 2022, the parties submitted a joint status report notifying the Court that they continued to engage in good-faith discussions regarding the conditions for the removal of Changji Esquel Textile Co. Ltd. from the Entity List, and proposing that they be required to file another joint status report no later than March 15, 2023. On December 19, 2022, the Court entered an order directed that, "on or before March 15, 2023, the parties shall file a joint

status report regarding how they wish to proceed." Minute Order (Dec. 19, 2022).

9. The parties continue to engage in good-faith discussions regarding the conditions for the removal of Changji Esquel Textile Co. Ltd. from the Entity List. In light of those discussions, the parties propose that they be required to file another joint status report no later than 90 days from today—*i.e.*, by June 13, 2023—unless either party moves at an earlier date to seek relief from the Court.

10. A proposed order is attached.

Dated:  March 15, 2023

Brian M. Boynton
Principal Deputy Assistant Attorney General

Diane Kelleher
Assistant Branch Director

/s/ Cody T. Knapp
Cody T. Knapp
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 532-5663
cody.t.knapp@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

/s/ James E. Tysse
James E. Tysse
  D.C. Bar No. 978722
Caroline L. Wolverton
  D.C. Bar No. 496433
Lide E. Paterno
  D.C. Bar No. 166601
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
jtysse@akingump.com

*Counsel for Plaintiffs Changji Esquel Textile Co. Ltd., Esquel Enterprises Limited, and Esquel Apparel Inc.*