UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANGJI ESQUEL TEXTILE CO. LTD., *et al.*, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    Civ. Action No. 1:21-cv-01798-RBW <br> : |
| GINA M. RAIMONDO, SECRETARY OF COMMERCE, *et al.*, | : <br> : |
| Defendants. | : <br> : |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal without prejudice, with each party to bear its own costs, fees, and expenses.

August 11, 2023

  */s/ James E. Tysse*
James E. Tysse
  D.C. Bar No. 978722
Caroline L. Wolverton
  D.C. Bar No. 496433
Lide E. Paterno
  D.C. Bar No. 166601
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
jtysse@akingump.com

*Counsel for Plaintiffs*

Respectfully submitted,

Brian M. Boynton
Principal Deputy Assistant Attorney General

Diane Kelleher
Assistant Branch Director

*/s/ Cody T. Knapp*
Cody T. Knapp
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 532-5663
cody.t.knapp@usdoj.gov

*Counsel for Defendants*